United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JING LIU,<br>"Petitioner,"<br><br>v.<br><br>MIGUEL VERGARA, *et al.,*<br>*in their official capacities,*<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00890 |

# ORDER

Before the Court is Petitioner's "Verified Emergency Petition for Writ of Habeas Corpus on Behalf of Petitioner Pursuant to 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition **no later than September 8, 2026**.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this August 18, 2026

Rolando Olvera
United States District Judge